# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158479

CARLA ABRAHAM,
   Plaintiff-Appellee,

v

FARMERS INSURANCE EXCHANGE,
   Defendant-Appellee,
and

U.S. DISASTER SERVICES, LLC, doing business
as SERVICE MASTER DON'T PANIC,
   Defendant-Appellant.
_____/

SC: 158479
COA: 335353
Wayne CC: 14-014367-NO

   On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 28, 2018



Clerk